# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| BERNARD HAUSE, Register No. 1118272, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-4381-CV-C-NKL |
| | ) | |
| MARVIN SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On March 15, 2006, the United States Magistrate Judge recommended that plaintiff's motion for preliminary injunctive relief be denied, without prejudice. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's March 15, 2006 Report and Recommendation is adopted [18]. It is further

ORDERED that plaintiff's motion for preliminary injunctive relief is denied, without prejudice [7].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: May 15, 2006
Jefferson City, Missouri