# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| BERNARD HAUSE, Register No. 1118272, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-4381-CV-C-NKL |
| ) | |
| MARVIN SMITH, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 21, 2007, the United States Magistrate Judge recommended that plaintiff's motions for transfer and for preliminary injunctive relief be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of February 21, 2007, is adopted. [59] It is further

ORDERED that plaintiff's motions for transfer and for preliminary injunctive relief are denied. [26, 34, 35]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: March 23, 2007
Jefferson City, Missouri