IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| BERNARD HAUSE, Register No. 1118272, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-4381-CV-C-NKL |
| MARVIN SMITH, et al., | ) |
| Defendants. | ) |

## ORDER

On March 26, 2007, plaintiff filed a motion to dismiss his claims voluntarily. There being no objections filed and, pursuant to Fed. R. Civ. P. 41(a), it is

ORDERED that this case is dismissed, without prejudice. [67] It is further

ORDERED that the Clerk of Court shall mark this case as closed.

NANETTE K. LAUGHREY
United States District Judge

Dated: 5-4-07
Jefferson City, Missouri